UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANA MARIA BICHACHI, et al.,

    Plaintiffs,

v.                                                                                                  Case No.  8:07-cv-628-T-24 MSS

HARCO NATIONAL INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiffs' Motion for Stay or in the Alternative Voluntary Dismissal Without Prejudice and Defendant's response.  (Doc. Nos. 24, 25.)

**I.      Background**

Plaintiffs brought this suit for declaratory judgment against Harco National Insurance Company ("HARCO"), seeking enforcement of coverage under an insurance policy.  HARCO is the insurer for FirstLease, a commercial lessor, that leased a truck to Drop Ship Direct, Inc.  Plaintiff Elias Bichachi was injured in a motor vehicle accident with the leased truck, which was driven by Drop Ship Direct, Inc.'s employee, Sergio Gutierrez.

Plaintiffs filed suit against Drop Ship Direct, Inc. and Gutierrez in state court.  The parties entered into a settlement agreement and consented to a judgment whereby Drop Ship Direct, Inc.'s insurer paid a portion of the agreed settlement.  Plaintiffs filed this declaratory judgment action seeking a judgment that HARCO pay the remainder of the agreed settlement.

HARCO timely filed a summary judgment motion in which it argued that there was no judgment against a HARCO insured and therefore Plaintiffs' claims must be dismissed.  Rather than responding to the summary judgment motion, Plaintiffs filed the instant motion to stay or

dismiss without prejudice.

**II.     Discussion**

Plaintiffs concede that no judgment has been obtained against HARCO's insured, FirstLease, and that they proceeded with this declaratory action under the incorrect assumption that FirstLease had been included in the final judgment that was previously entered in state court against Drop Ship Direct, Inc. and Gutierrez.  Plaintiffs therefore request that the Court stay this case or dismiss it without prejudice so that they can obtain a final judgment against FirstLease in state court.

Defendant argues that it will be unduly prejudiced if Plaintiffs are permitted to voluntarily dismiss their case, as Plaintiffs were in possession of all information necessary to determine that they did not have a judgment against FirstLease before initiating this suit.  They argue that any dismissal should be with prejudice.  Alternatively, if the Court grants the motion, Defendants request that Plaintiffs pay all costs of this action if Plaintiffs later refile suit against HARCO.

Florida Statute § 627.4136 provides that "[i]t shall be condition precedent to the accrual . . . of a cause of action against a liability insurer by a person not an insured . . . *that such person shall first obtain a settlement or verdict against a person who is an insured under the terms of such policy* . . . ."  Plaintiffs must therefore obtain a judgment against FirstLease, who is HARCO's insured, before maintaining this suit.  Plaintiffs have not provided any explanation as to why they proceeded with this suit before obtaining such judgment.

The Court concludes that this case should be dismissed without prejudice pursuant to Rule 41(a)(2), so that Plaintiffs shall be permitted an opportunity to obtain a judgment against HARCO in state court.  However, because HARCO has expended considerable resources to

defend this lawsuit, and because Plaintiffs delayed in seeking a stay or dismissal until the summary judgment stage, HARCO shall be entitled to its reasonable costs pursuant to Rule 41(d), if Plaintiffs "file[] an action based on or including the same claim against the same defendant."

### III.   Conclusion

Accordingly, Plaintiffs' motion is granted and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2).  The Clerk is directed to close the case and terminate any pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of February, 2008.

Copies to:
All Parties and Counsel of Record

SUSAN C. BUCKLEW
United States District Judge